UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-81488-KAM/WM

PAMELA D. PAVLIK,

                    Plaintiff,

vs.

SHOREHAM CONDOMINIUM
ASSOCIATION, INC.,

                    Defendant.

_____/

**NOTICE OF SCHEDULED MEDIATION**

PLEASE BE ADVISED that this case has been scheduled for mediation with Cathleen Scott, Esq. on Friday, August 9, 2019, at 10:00 A.M. at Wagner & Associates, P.A., 250 S. Central Blvd. #104A Jupiter, FL 33458, and will be conducted in conformity with the Scheduling Order Setting Trial Date, *et seq.* [CM/CEF No. 18] and Local Rule 16.2.

Jointly submitted this 25th day of April, 2019

| | | |
|---|---|---|
| *Counsel for Plaintiff* | *Counsel for Plaintiff* | *Counsel for Defendant* |
| MARCY I. LAHART, P.A. | VENZA LAW, PLLC | COLE, SCOTT & KISSANE, PA |
| *s/Marcy LaHart* | *s/ Denese Venza* | */s Joshua A. Goldstein* |
| Marcy I. LaHart, Esq. | Denese Venza, Esq. | Joshua A. Goldstein, Esq. |
| 207 SE Tuscawilla Road | 931 Village Boulevard, #905-322 | */s Keisha K. Hall* |
| Micanopy, FL 32667 | West Palm Beach, FL 33409 | Keisha K. Hall, Esq. |
| (352) 545-7001 | (561) 596-6329 | 222 Lakeview Avenue, Ste. 120 |
| marcy@floridaanimallawyer.com | dvenza@venzalawpllc.com | joshua.goldstein@csklegal.com |
| Florida Bar No. 0967009 | Florida Bar No. 0599220 | Florida Bar No. 64834 |
| | | keisha.hall@csklegal.com |
| | | Florida Bar No. 1008064 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of April, 2019, a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to the Clerk of the Court. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, and that a courtesy copy has been sent via email transmission to Cathleen Scott at *CScott@scottwagnerlaw.com.*

BY: *s/ Denese Venza*
Denese Venza, Esq.